**FILED**

12/13/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0294

## IN THE SUPREME COURT OF THE STATE OF MONTANA

\*\*\*\*\*

|  |  |
|---|---|
| CREATIVE GAMES STUDIO LLC and RICARDO BACH CATER, | ) ) ) |
| Plaintiffs and Appellants, | ) ) **SUPREME COURT NO. DA 23-0294** ) |
| v. | ) **ORDER GRANTING** ) **UNOPPOSED MOTION FOR** ) **EXTENSION OF TIME** |
| DANIEL ALVES, | ) ) |
| Defendant and Appellee. | ) ) |

Upon consideration of Appellants' Unopposed Motion for Extension of Time, and good cause shown,

IT IS HEREBY ORDERED that Appellants' Motion is GRANTED, and Appellants' deadline on which to file its reply brief is January 26, 2024.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 13 2023